**Frank SMITH, Appellant, v. H. JOSCHKE, Appellee.**

**No. 9574.**

Court of Civil Appeals of Texas. San Antonio.

April 24, 1935.

Rehearing Denied May 22, 1935.

J. B. Wieser, of Fredericksburg, for appellant.

Alex Jung, of Fredericksburg, for appellee.

BICKETT, Chief Justice.

This is an appeal by Frank Smith from a judgment for $140 rendered against him in favor of H. Joschke for damages to property resulting from an automobile collision.

At the time of the collision, Werth Sweatmann was driving Smith's car with his permission and within his power of control, as the two returned together from a dance. The evidence was sufficient to raise the issue of the agency of the former for the latter and to sustain an affirmative finding thereon by the judge or jury.

The jury found in answer to a general question that Sweatmann was guilty of negligence and, also, in answer to other questions that he was not guilty of each of the several acts of negligence alleged. Thus, the answers of the jury to the special issues submitted are so contradictory as to make it impossible for the verdict and the judgment thereon to stand.

The judgment is reversed, and the cause remanded.

■

**LUBBOCK NATIONAL COMPANY, Appellant, v. H. C. GLENN, Receiver, Appellee.**

**No. 8140.**

Court of Civil Appeals of Texas. Austin.

April 3, 1935.

R. A. Sowder and Vickers, Campbell & Evans, all of Lubbock, for appellant.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

BLAIR, Justice.

It is agreed that the parties to this suit are the same as in Lubbock National Bank v. Glenn, Receiver, No. 8138 (Tex. Civ. App.) 82 S.W.(2d) 1116, and that all questions of fact and law are identical; the only difference being that different lands secure the loans.

This court has this day affirmed said cause No. 8138, and upon that authority the judgment in the instant case is affirmed.

Affirmed.